EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>EEOC | Agency(ies) Charge No(s):<br>423-2022-01283 |
|---|---|---|
| | | and EEOC |
| *State or local Agency, if any* | | |

| Name (indicate Mr., Ms., Mrs.)<br>Mrs. Kenisha L. Black | Home Phone<br>662-993-8119 | Year of Birth |
|---|---|---|
| Street Address<br>661 Hwy 368 United States<br>BLUE MOUNTAIN, MS 38610 | | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>Mississippi Department of Rehabilitation Services | No. Employees, Members<br>15 - 100 Employees | Phone No. |
|---|---|---|
| Street Address<br>1281 HIGHWAY 51<br>MADISON, MS 39110 | | |
| Name | No. Employees, Members | Phone No. |
| Street Address           City, State and ZIP Code | | |

| DISCRIMINATION BASED ON<br><br>Race, Retaliation, Sex | DATE(S) DISCRIMINATION TOOK PLACE<br>Earliest: 02/18/2022     Latest: 02/18/2022 |
|---|---|

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began working for the employer in October 2006 and later promoted to District Manager. I am still currently working for the employer. I filed a previous charge in 2019 based on a promotion issue in that the agency hired a White Female for the Director of Client Services Position and it wasn't posted. When she resigned, a less qualified Black Male was appointed to that position without consideration of myself on February 18, 2022, with no posting of the position. I believe I have been discriminated against based on my Sex (Female) and my Race (Black), in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>Digitally Signed By: Mrs. Kenisha L. Black<br>08/03/2022<br><br>*Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |

EXHIBIT A