AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Mississippi

| | |
|---|---|
| Kenisha Black <br> *Plaintiff* <br> v. <br> Mississippi Department of Rehabilitation Services; <br> and Chris M. Howard, Individually <br> *Defendant* | ) ) ) ) ) ) ) <br> Civil Action No. 3:23-cv-426-DPJ-FKB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Chris M. Howard, Individually
Mississippi Department of Rehabilitation Services
1281 Highway 51 North
Madison, Mississippi 39110


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   WATSON & NORRIS, PLLC
Louis H. Watson, Jr.,Esquire
4209 Lakeland Drive #365
Flowood, Mississippi 39232


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ARTHUR JOHNSTON**
*CLERK OF COURT*

Date:   July 6, 2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  3:23-CV-426-DPJ-FKB

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Chris M. Howard, Individually

was received by me on *(date)*        07/06/2023        .

☑ I personally served the summons on the individual at *(place)*   1281 Highway 51 North, Madison, MS 39110

on *(date)*        07/06/2023        ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $     95.00     for services, for a total of $     95.00     .

I declare under penalty of perjury that this information is true.

Date:     07/06/2023

*Server's signature*

Mary Ann Dearman
*Printed name and title*

4209 Lakeland Drive #365
Flowood, Mississippi 39232

*Server's address*

Additional information regarding attempted service, etc: