## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**KENISHA BLACK**                                                                                     **PLAINTIFF**

**V.**                                 **CIVIL ACTION NO. 3:23-CV-00426-DPJ-FKB**

**MISSISSIPPI DEPARTMENT OF**
**REHABILITATION SERVICES; AND**
**CHRIS M. HOWARD, INDIVIDUALLY**                            **DEFENDANTS**

### NOTICE OF APPEARANCE

Please take notice that C. Lee Lott hereby enters his appearance in this cause as counsel of record for the Defendants Mississippi Department of Rehabilitation Services and Chris M. Howard, Individually.

All future e-filings, pleadings, and correspondence should include C. Lee Lott as counsel for the Defendants at the address noted below.

        C. Lee Lott
        Special Assistant Attorney General - Civil
        Post Office Box 220
        Jackson, Mississippi 39205
        E-mail: lee.lott@ago.ms.gov

DATE: August 24, 2023.

        **MISSISSIPPI DEPARTMENT OF**
        **REHABILITATION SERVICES AND CHRIS**
        **M. HOWARD, INDIVIDUALLY,** *Defendants*

        **LYNN FITCH, ATTORNEY GENERAL**
        **STATE OF MISSISSIPPI**

        */s/ C. Lee Lott*
        Special Assistant Attorney General
        Mississippi Bar No. 10605

STATE OF MISSISSIPPI
OFFICE OF THE ATTORNEY GENERAL
BETHANY B. JOHNSON (MSB # 10423)
C. LEE LOTT (MSB # 10605)
CIVIL LITIGATION DIVISION
Post Office Box 220
Jackson, Mississippi  39205-0220
601-359-3847
Bethany.johnson@ago.ms.gov
Lee.lott@ago.ms.gov


## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have this day caused to be filed via the Court's EFC system a true and correct copy of the above and foregoing document, which sent notification to all counsel of record.

This, the 24th day of August, 2023.

                                                */s/ C. Lee Lott*
                                                Special Assistant Attorney General