**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**KENISHA BLACK**                                                                                 **PLAINTIFF**

**v.**                                                   **CIVIL ACTION NO.: 3:23-cv-426-DPJ-FKB**

**MISSISSIPPI DEPARTMENT OF**                                  **DEFENDANTS**
**REHABILITATION SERVICES AND
CHRISTOPHER HOWARD**

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that Plaintiff has this day served the following:

1.     Plaintiff's Pre-Discovery Disclosures to Defendant(s).

A true and correct copy of this Notice has been served upon the Defendant along with the document. The original pleadings are being retained in the possession of counsel for the Plaintiff.

THIS, the 7th day of November, 2023.

                                                        Respectfully submitted,

                                                        /s Nick Norris
                                                        NICK NORRIS (MSB #101574)
                                                        Attorney for Plaintiff

OF COUNSEL:
WATSON & NORRIS, PLLC
4209 Lakeland Drive #365
Flowood, MS 39232
Telephone: (601) 968-0000
Facsimile: (601) 968-0010
nick@watsonnorris.com

## **CERTIFICATE OF SERVICE**

I, Nick Norris, attorney for the Plaintiff, do hereby certify that I have this day served via ECF filing or by United States mail, postage prepaid, a true and correct copy of the above and foregoing document to all counsel of record.

SO CERTIFIED, the 7th day of November, 2023.

s/Nick Norris
NICK NORRIS
