IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

KENISHA BLACK                                                                    PLAINTIFF

V.                                          CIVIL ACTION NO. 3:23-CV-00426-DPJ-FKB

MISSISSIPPI DEPARTMENT OF
REHABILITATION SERVICES; AND
CHRIS M. HOWARD, INDIVIDUALLY                                          DEFENDANTS

NOTICE OF APPEARANCE

Please take notice that Lindsay Thomas Dowdle hereby enters her appearance in this cause as counsel of record for the Defendants Mississippi Department of Rehabilitation Services and Chris M. Howard, Individually.

All future e-filings, pleadings, and correspondence should include Lindsay Thomas Dowdle as counsel for the Defendants at the address noted below.

> Lindsay Thomas Dowdle
> Special Assistant Attorney General - Civil
> Post Office Box 220
> Jackson, Mississippi 39205
> E-mail: Lindsay.Dowdle@ago.ms.gov

DATE:  April 8, 2024.

MISSISSIPPI DEPARTMENT OF
REHABILITATION SERVICES AND
CHRIS M. HOWARD, INDIVIDUALLY,
*Defendants*

LYNN FITCH, ATTORNEY GENERAL
STATE OF MISSISSIPPI

*/s/ Lindsay Thomas Dowdle*
Special Assistant Attorney General
Mississippi Bar No. 102873

STATE OF MISSISSIPPI
OFFICE OF THE ATTORNEY GENERAL
BETHANY B. JOHNSON (MSB # 10423)
LINDSAY THOMAS DOWDLE (MSB # 102873)
CIVIL LITIGATION DIVISION
Post Office Box 220
Jackson, Mississippi  39205-0220
601-359-3020
Bethany.johnson@ago.ms.gov
Lindsay.Dowdle@ago.ms.gov

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have this day caused to be filed via the Court's EFC system a true and correct copy of the above and foregoing document, which sent notification to all counsel of record.

This, the 8th day of April, 2024.

/s/ Lindsay Thomas Dowdle
Special Assistant Attorney General