IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

KENISHA BLACK                                                                                              PLAINTIFF

V.                                                          CIVIL ACTION NO. 3:23-CV-00426-DPJ-FKB

MISSISSIPPI DEPARTMENT OF
REHABILITATION SERVICES; AND
CHRIS M. HOWARD, INDIVIDUALLY                                                DEFENDANTS

NOTICE OF DEPOSITION

     PLEASE TAKE NOTICE that pursuant to the Rules of the Federal Rules of Civil Procedure, the Defendants, Mississippi Department of Rehabilitation Services and Chris M. Howard, Individually, will take the deposition of the Lavonda Hart before an official court reporter or some other officer authorized to administer oaths on Monday, August 26, 2024, at 2:00 p.m. with all parties participating via Zoom. A link will be provided. The deposition shall continue from day to day until completed. You are invited to attend and participate as you deem appropriate.

     DATE:  July 19, 2024.

                                     MISSISSIPPI DEPARTMENT OF
                                     REHABILITATION SERVICES AND
                                     CHRIS M. HOWARD, INDIVIDUALLY,
                                   *Defendants*

                                   LYNN FITCH, ATTORNEY GENERAL
                                   STATE OF MISSISSIPPI

                                   */s/ Bethany B. Johnson*
                                   Special Assistant Attorney General
                                   Mississippi Bar No. 10423

STATE OF MISSISSIPPI
OFFICE OF THE ATTORNEY GENERAL
BETHANY B. JOHNSON (MSB # 10423)
CIVIL LITIGATION DIVISION
Post Office Box 220
Jackson, Mississippi 39205-0220
601-359-4245
Bethany.johnson@ago.ms.gov

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have this day caused to be filed via the Court's EFC system a true and correct copy of the above and foregoing document, which sent notification to all counsel of record.

This, the 19th day of July, 2024.

*/s/ Bethany B. Johnson*
Special Assistant Attorney General