IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**KENISHA BLACK**                                                                           **PLAINTIFF**

V.                                          CIVIL ACTION NO. 3:23-CV-00426-DPJ-FKB

**MISSISSIPPI DEPARTMENT OF
REHABILITATION SERVICES; AND
CHRIS M. HOWARD, INDIVIDUALLY**                          **DEFENDANTS**

<u>RE-NOTICE OF DEPOSITION</u>

      PLEASE TAKE NOTICE that pursuant to the Rules of the Federal Rules of Civil Procedure, the Defendants, Mississippi Department of Rehabilitation Services and Chris M. Howard, Individually, will take the deposition of the Lavonda Hart before an official court reporter or some other officer authorized to administer oaths on Tuesday, August 13, 2024, at 10:00 a.m. with all parties participating via Zoom. A link will be provided. The deposition shall continue from day to day until completed. You are invited to attend and participate as you deem appropriate.

      DATE: August 8, 2024.

                                                 MISSISSIPPI DEPARTMENT OF
                                                 REHABILITATION SERVICES AND
                                                 CHRIS M. HOWARD, INDIVIDUALLY,
                                                 *Defendants*

                                                 LYNN FITCH, ATTORNEY GENERAL
                                                 STATE OF MISSISSIPPI

                                                 <u>*/s/ Bethany B. Johnson*</u>
                                                 Special Assistant Attorney General
                                                 Mississippi Bar No. 10423

STATE OF MISSISSIPPI
OFFICE OF THE ATTORNEY GENERAL
BETHANY B. JOHNSON (MSB # 10423)
CIVIL LITIGATION DIVISION
Post Office Box 220
Jackson, Mississippi 39205-0220
601-359-4245
Bethany.johnson@ago.ms.gov

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have this day caused to be filed via the Court's EFC system a true and correct copy of the above and foregoing document, which sent notification to all counsel of record.

This, the 8th day of August, 2024.

*/s/ Bethany B. Johnson*
Special Assistant Attorney General