IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**KENISHA BLACK**                                                              **PLAINTIFF**

**V.**                                    **CIVIL ACTION NO. 3:23-CV-00426-DPJ-ASH**

**MISSISSIPPI DEPARTMENT OF**
**REHABILITATION SERVICES; AND**
**CHRIS M. HOWARD, INDIVIDUALLY**                      **DEFENDANTS**

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Comes now Bethany B. Johnson and files this Motion to Withdraw as Counsel of Record for Defendants Mississippi Department of Rehabilitation Services and Christopher Howard, and in support of the same, would show unto the Court as follows:

1. Undersigned counsel, in her capacity as Special Assistant Attorney General for the State of Mississippi, entered an appearance on behalf of the Defendants in this matter.

2. Undersigned counsel would show that she is leaving her position as Special Assistant Attorney General for the State of Mississippi and will be doing no further work on this matter.

3. The Defendants will continue to be represented in this matter by Special Assistant Attorney Lindsay T. Dowdle.

4. No prejudice will occur to any of the parties if this motion is granted.

WHEREFORE, PREMISES CONSIDERED, Bethany B. Johnson respectfully requests that this Court enter an order allowing her to withdraw as counsel of record for Defendants.

RESPECTFULLY SUBMITTED, this the 24th day of January, 2025.

                                        MISSISSIPPI DEPARTMENT OF
                                      REHABILITATION SERVICES AND
                                      CHRIS M. HOWARD, INDIVIDUALLY,
                                      *Defendants*

                                      LYNN FITCH, ATTORNEY GENERAL

                                      STATE OF MISSISSIPPI

                                      */s/ Bethany B. Johnson*
                                      Special Assistant Attorney General
                                      Mississippi Bar No. 10423

STATE OF MISSISSIPPI
OFFICE OF THE ATTORNEY GENERAL
BETHANY B. JOHNSON (MSB # 10423)
LINDSAY THOMAS DOWDLE (MSB # 102873)
CIVIL LITIGATION DIVISION
Post Office Box 220
Jackson, Mississippi  39205-0220
601-359-4245
601-359-3020
Bethany.johnson@ago.ms.gov
Lindsay.Dowdle@ago.ms.gov

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have this day caused to be filed via the Court's EFC system a true and correct copy of the above and foregoing document, which sent notification to all counsel of record.

This, the 24th day of January 2025.

/s/ Bethany B. Johnson
Special Assistant Attorney General