# United States Court of Appeals
## for the Fifth Circuit

---

No. 25-60544

---

Kenisha Black,

*Plaintiff—Appellant*,

*versus*

Mississippi Department of Rehabilitation Services; Chris M. Howard, *Individually*,

*Defendants—Appellees.*

---

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:23-CV-426

---

CLERK'S OFFICE:

Under Fed. R. App. P. 42(b), the appeal is dismissed as of November 26, 2025, pursuant to appellant's motion.

> Lyle W. Cayce
> Clerk of the United States Court
> of Appeals for the Fifth Circuit
>
> By: _____
> Rebecca L. Leto, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

**A True Copy**
Certified order issued Nov 26, 2025

*Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**