# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

November 26, 2025

Mr. Arthur S. Johnston III  
Southern District of Mississippi, Jackson  
United States District Court  
501 E. Court Street  
Suite 2.500  
Jackson, MS 39201

    No. 25-60544   Black v. MS Dept of Rehab Services  
                     USDC No. 3:23-CV-426

Dear Mr. Johnston,

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Rebecca L. Leto, Deputy Clerk  
504-310-7703

cc:  Mr. William Christopher Ivison  
      Mr. Robert Nicholas Norris